## Commonwealth ex rel. Fife, Appellant, *v.* Cavell.

Submitted March 8, 1965. *Donald E. Fife,* appellant, in propria persona; *Lewis H. Markowitz,* Assistant District Attorney, *John T. Miller,* First Assistant District Attorney, and *Daniel W. Shoemaker,* District Attorney, for appellee.
  Order affirmed.
  FLOOD, J., absent.

## Commonwealth ex rel. Gary, Appellant, *v.* Hendrick.

Submitted March 17, 1965. *Albert Gary,* appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
  Order affirmed.
  FLOOD, J., absent.